Jimmie Lee CATO, Plaintiff—Appellant,

v.

Gregory BONDURANT, Officer; Johnson, Officer; Ronald Corriveau; Hatfield, Officer; United States of America, Defendants—Appellees.

No. 06–6795.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 19, 2006.

Jimmie Lee Cato, Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmie Lee Cato appeals the district court's orders denying relief on his complaint filed pursuant to *Bivens v. Six Un-*

*known Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cato v. Bondurant,* No. 7:05–cv–00070–GEC (W.D. Va. Feb. 2 & Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*